**BURSOR & FISHER, P.A.**
Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail:  slitteral@bursor.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA MARIE VENTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GARMON CORPORATION,<br><br>Defendant. | Case No. 5:22-cv-782 JGB (SHKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE AS TO HER INDIVIDUAL CLAIMS** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:22-CV-782 JGB (SHKx)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Eva Marie Venti hereby dismisses, without prejudice, her individual claims against Defendant. Each party shall bear its own costs.

Dated: February 23, 2023　　**BURSOR & FISHER, P.A.**

By: __/s/ Sean L. Litteral__

Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: slitteral@bursor.com

*Attorney for Plaintiff*